UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use of )<br>SOUTHERN MARYLAND CABLE, INC. )<br>5932 Solomon's Island Road )<br>Tracys Landing, Maryland 20779 )<br>                                               )<br>           Plaintiff                       )<br>                                               ) Civil Action No. _____<br>       v.                                  )<br>                                               )<br>WESTERN SURETY COMPANY )<br>6011 University Boulevard        )<br>Ellicott City, Maryland             )<br>                                               )<br>SERVE:                                 )<br>     Adrian Fenty, Mayor and Statutory Agent )<br>     District of Columbia          )<br>     Suite 310                          )<br>     1350 Pennsylvania Avenue, NW )<br>     Washington, DC 20004   )<br>                                               )<br>     and                                  )<br>                                               )<br>MARCO ENTERPRISES, INC. )<br>3504 Watkins Avenue             )<br>Landover, MD 20785              )<br>                                               )<br>SERVE:                                 )<br>     Donna P. Seaton-Fagon, President )<br>     3504 Watkins Avenue     )<br>     Landover, MD 20785      )<br>                                               )<br>           Defendants                )| |

## **COMPLAINT**

1.   This Court has jurisdiction and venue over the subject matter of this action, pursuant to

   40 U.S.C. § 3133(b), because this is a Miller Act civil action on a payment bond issued

in connection with labor and material provided by Use Plaintiff Southern Maryland Cable, Inc. on a Federal public works project in the District of Columbia.

2. The United States is a party to this action solely because the Miller Act, pursuant to 40 USC § 3133(b)(3)(A), requires that all civil actions on a Federal public works payment bond must be brought in the name of the United States for the use of the entity bringing the action.

3. Use Plaintiff Southern Maryland Cable, Inc. ("SMC") is a Delaware corporation with its headquarters in Tracys Landing, Maryland and is a construction services contractor.

4. Defendant Western Surety Company ("Western Surety"), upon information and belief, is a South Dakota corporation with its headquarters in Sioux City, South Dakota, and is in the business of issuing payment bonds on federal works projects.

5. Defendant Marco Enterprises, Inc. ("Marco") is a Maryland corporation with its headquarters in Landover, Maryland, and is a general contractor in the construction business.

6. On February 7, 2007, SMC entered into a Subcontract Agreement (the "Subcontract") with Marco, the General Contractor under a contract (Contract No. 1443C3059060906) with the National Park Service for a Federal public works project at Meridian Hill Park in Washington, D.C. (the "Project").

7. The Subcontract provided that SMC would perform directional drilling and install certain pipe underneath sidewalks in connection with the renovation of a storm drainage system at Meridian Hill Park.

8. On March 5, 2007, the day the work pursuant to the Subcontract was to begin, at the work site, Marco made a substantial change in the scope of work to be performed by SMC, resulting in a substantial increase in the amount of materials and labor required to complete the job. Marco agreed that the exact increase in materials and labor would be determined later and the resulting cost increase would be paid by Marco, which then enabled Marco to start work on the Project that day as scheduled and thereby to avoid delay and resulting additional costs.

9. In reliance on Marco's assurances and in order to accommodate its concerns, SMC began the expanded scope of its work on March 5, 2007.

10. SMC's labor was last performed and its materials last supplied to the Project within one year from the date on which SMC, Western Surety and Marco entered into an agreement tolling the limitations period for filing claims against each other regarding the subject bond and the Project for a period ending on July 15, 2008.

11. On or about July 9, 2007, following completion of its work on the Project, SMC invoiced Marco in the amount of $11,433.02 for the additional work performed at Marco's request.

12. Subsequently, at the request of Marco, SMC provided Marco with back-up information and documentation supporting its additional labor and material charges.

13. On or about September 18, 2007, representatives of Marco and SMC met to review SMC's information, and both parties agreed that SMC's charges for the additional work and material were appropriate. Marco then requested that SMC resubmit its invoice, which it did promptly thereafter.

14. Despite repeated attempts by SMC thereafter to reach Marco's representatives to obtain payment, SMC heard nothing from Marco until it received a letter from Marco on November 30, 2007 stating its refusal to pay for the additional work.

15. In addition, Marco continues to withhold wrongfully from SMC a retainage amount under the Subcontract in the amount of $1,025.00.

16. As a contractor on the Project, pursuant to 40 U.S.C. § 3131, Marco furnished to the Government a payment bond for the protection of all persons supplying labor and material on the Project, Bond Number 929404164.

17. The surety on Marco's payment bond is defendant Western Surety.

18. SMC has made a demand of Western Surety on the payment bond for the $11,433.02 due for the additional work and $1,025.00 for the retainage due under the Subcontract that Marco failed to pay SMC.

19. SMC has not been paid the $12,458.02 it is owed.

WHEREFORE, Use Plaintiff Southern Maryland Cable, Inc. demands: (a) judgment against Western Surety Company and Marco Enterprises, Inc., jointly and severally, on the project bond identified herein, in the amount of $12,458.02, being the amount due and unpaid under the Subcontract identified herein, plus interest, costs and such other and further relief as the court may deem just and proper; and (b) judgment against Marco Enterprises, Inc., in the amount of $12,458.02, being the amount due and unpaid under the Subcontract identified herein, plus interest, costs and such other and further relief as the court may deem just and proper.

Respectfully submitted,

/s/ Richard E. Jordan
Richard E. Jordan, DC Bar No. 353763
Hamilton and Hamilton, LLP
1900 M Street, N.W.; Suite 700
Washington, D.C. 20036-3518
(202) 463-8282
Fax 202-463-7282
rej@hamiltonlaw.com
Counsel for Use Plaintiff Southern Maryland Cable, Inc.
Co-Counsel:


/s/ David B. Law
David B. Law, DC Bar No. 253393
Curtin Law Roberson Dunigan & Salans, PC
1900 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 530-3340
Fax 202-530-4411
dlaw@curtin-law.com
Co-Counsel for Use Plaintiff Southern Maryland Cable, Inc.

# CIVIL COVER SHEET

### I (a) PLAINTIFFS
UNITED STATES for the use of SOUTHERN MARYLAND CABLE, INC.

### DEFENDANTS
WESTERN SURETY COMPANY AND MARCO ENTERPRISES, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) __Cook County, IL__
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard E. Jordan
Hamilton and Hamilton, LLP
1900 M Street, NW; Suite 700
Washington, DC 20036-3518

Case: 1:08-cv-01204
Assigned To : Leon, Richard J.
Assign. Date : 7/15/2008
Description: Contract

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**A. Antitrust**
- 410 Antitrust

**B. Personal Injury/Malpractice**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 368 Asbestos Product Liability

**C. Administrative Agency Review**
- 151 Medicare Act

Social Security:
- 861 HIA ((1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g)
- 864 SSID Title XVI
- 865 RSI (405(g)

Other Statutes
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**E. General Civil (Other)**  OR  **F. Pro Se General Civil**

Real Property
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

Personal Property
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

Bankruptcy
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

Prisoner Petitions
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

Property Rights
- 820 Copyrights
- 830 Patent
- 840 Trademark

Federal Tax Suits
- 870 Taxes (US plaintiff or defendant
- 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- 610 Agriculture
- 620 Other Food &Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 RR & Truck
- 650 Airline Regs
- 660 Occupational Safety/Health
- 690 Other

Other Statutes
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation

- 470 Racketeer Influenced & Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 900 Appeal of fee determination under equal access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
40 U.S.C. section 3133(b); Miller Act claim on payment bond

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 12,458.02   Check YES only if demanded in compl: JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE July 15, 2008   SIGNATURE OF ATTORNEY OF RECORD  *NOT SIGNED*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.