### UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF COLUMBIA

_____
|                                              |                              )
| **UNITED STATES OF AMERICA f/u/b/o**         |                              )
| **SOUTHERN MARYLAND CABLE, INC.**            |                              )

|                                              |                              )
|                          **Plaintiff,**      |                              )
|                                              |                              )
|                   **v.**                     |                              )        **Case No. 1:08-cv-01204**
|                                              |                              )        **Hon. Richard J. Leon**
| **WESTERN SURETY COMPANY,** *et al.,*        |                              )
|                                              |                              )
|                          **Defendants.**     |                              )
|_____|                              )

### CONSENT MOTION TO EXTEND TIME FOR
### DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER

The parties, having consulted, do hereby jointly consent to and request that the Court, in accordance with F.R.Civ.P. 6(b)(1)(A), extend the time in which Defendant Western Surety Company ("Western") has to file an answer or other responsive pleading for one (1) week, until and including Monday, August 18, 2008, and state as follows:

1.      This action is a breach of contract and Miller Act action between Plaintiff, a subcontractor, and Defendants, a general contractor and its bond surety.

2.      The parties desire additional time in which to discuss resolution of this case.

3.      As service was made on Western on July 21, 2008, an answer is presently due Monday, August 11, 2008.

4.      As a result, they jointly request the relief requested.

WHEREFORE, Plaintiff, Southern Maryland Cable, Inc., and Defendants, Western Surety Company and Marco Enterprises, Inc., hereby jointly request that the time in which Defendant Western Surety Company has to file an answer be extended one week until and

including August 18, 2008; and that this Court grant such other and further relief as it deems just

and proper.

Dated:  August 1, 2008                    Respectfully submitted,

                                                      BELL, BOYD & LLOYD LLP


                                                      By:    /S/ Lawrence M. Prosen     
                                                              Lawrence M. Prosen
                                                              1615 L Street, N.W., Suite 1200
                                                              Washington, D.C. 20036
                                                              202-955-6830
                                                              202-835-4127 (fax)
                                                              Counsel for Marco Enterprises, Inc.

                                                      CURTIN LAW ROBERSON DUNIGAN &
                                                              SALANS, PC


                                                      By:   /S/ David B. Law          
                                                              David B. Law
                                                              1900 M Street, N.W., Suite 600
                                                              Washington, D.C.  20036
                                                              202-530-3340
                                                              202-530-4411 (fax)
                                                              Co-Counsel for Southern Maryland Cable, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing will be served upon

Plaintiff's counsel below via the Court's ECF System upon its being filed, this 1st day of August

2008.

> David B. Law
> Curtin Law Roberson Dunigan & Salans, PC
> 1900 M Street, N.W., Suite 600
> Washington, D.C.  20036
> dlaw@curtin-law.com

> _____/s/ Lawrence M. Prosen_____
> Lawrence M. Prosen