UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o )<br>SOUTHERN MARYLAND CABLE, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WESTERN SURETY COMPANY, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:08-cv-01204<br>Hon. Richard J. Leon |

**SECOND CONSENT MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**

The parties, having consulted, do hereby jointly consent to and request that the Court, in accordance with F.R.Civ.P. 6(b)(1)(A), extend the time in which Defendant Western Surety Company ("Western") and Marco Enterprises, Inc. ("Marco") has to file an answer or other responsive pleading for ten (10) days, until and including August 28, 2008, and state as follows:

1. Pursuant to the Court's order, Defendant Western had until August 18 to file an Answer. Marco voluntarily accepted service and its answer would be due within the next few days.

2. The parties have reached a tentative settlement of this dispute and are in the process of working through some of the final details. Therefore, the Defendants jointly request the relief requested above.

WHEREFORE, Plaintiff, Southern Maryland Cable, Inc., and Defendants, Western Surety Company and Marco Enterprises, Inc., hereby jointly request that the time in which Defendant Western Surety Company has to file an answer be extended until August 28, 2008; and that this Court grant such other and further relief as it deems just and proper.

121896/F/2

Dated:  August 18, 2008                              Respectfully submitted,

                                                     BELL, BOYD & LLOYD LLP

                                                     By:     /S/ Lawrence M. Prosen
                                                          Lawrence M. Prosen
                                                          1615 L Street, N.W., Suite 1200
                                                          Washington, D.C. 20036
                                                          202-955-6830
                                                          202-835-4127 (fax)
                                                          Counsel for Marco Enterprises, Inc.

                                                   CURTIN LAW ROBERSON DUNIGAN &
                                                         SALANS, PC

                                                   By:     /S/ David B. Law
                                                          David B. Law
                                                          1900 M Street, N.W., Suite 600
                                                          Washington, D.C.  20036
                                                          202-530-3340
                                                          202-530-4411 (fax)
                                                          Co-Counsel for Southern Maryland Cable, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing will be served upon Plaintiff's counsel below via the Court's ECF System upon its being filed, this 18th day of August 2008.

> David B. Law
> Curtin Law Roberson Dunigan & Salans, PC
> 1900 M Street, N.W., Suite 600
> Washington, D.C. 20036
> dlaw@curtin-law.com

>        /s/ Lawrence M. Prosen
>        Lawrence M. Prosen